TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00049-CV

McRae Drilling, Inc., Appellant

v.

Trinidad Petroleum, Inc., Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT

NO. 98-1161, HONORABLE GARY L. STEEL, JUDGE PRESIDING 

PER CURIAM

 Appellee has filed an unopposed motion to dismiss appeal. Because appellant has
failed to pay filing fees and to file a brief, we will grant appellee's motion and dismiss the appeal
for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b), (c).

 The Clerk of this Court filed the clerk's record in this cause on January 20, 2000,
and the reporter's record on February 24, 2000. Accordingly, appellant's brief was due on
Monday, March 27, 2000. See id. 38.6(a).

 By letter dated April 10, 2000, the Clerk of this Court notified the parties that the
filing fees for this appeal were due and that the appeal would be dismissed if these fees were not
paid by April 17, 2000. By letter dated April 12, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
April 27, 2000, or tendered a motion for extension of time reasonably explaining the failure to
do so. Thus far, appellant has submitted neither the filing fees, a brief, nor a motion for
extension of time to file a brief.

 On May 3, 2000, Appellee filed an unopposed motion to dismiss this appeal for
want of prosecution pursuant to Tex. R. App. P. 42.3(b), (c). We grant appellee's motion and
dismiss the appeal for want of prosecution. See id. 42.3(b), (c).

Before Chief Justice Aboussie, Justices Kidd and Smith

Dismissed for Want of Prosecution on Appellee's Motion

Filed: May 25, 2000 

Do Not Publish